LEGAL MAIL

Teryl A Williams V11316
California State Prison Solano
P.O. Box 4000- 22-J-3-M
Vacaville, Ca 95696-4600

CALIFORNIA STATE PRISON-SOLANO

RECEIVED
OCT 16 2007



Northern District of California
United States Court house
450 Golden Gate Ave
San Fransisco California 94162-3483