FILED

OCT 1 ~ ~~~~

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Teryl A. Williams    C 07 5342    CW

          Plaintiff,

         CASE NO. _____

vs.

D. K. Sisto, Warden of Solano State Prison

          Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____~0~_____ Net: _____~0~_____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _1988____5⁰⁰ per hour  1,120 month_____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9    a.   Business, Profession or           Yes ___ No ✓
10        self employment
11   b.   Income from stocks, bonds,        Yes ___ No ✓
12        or royalties?
13   c.   Rent payments?                    Yes ___ No ✓
14   d.   Pensions, annuities, or           Yes ___ No ✓
15        life insurance payments?
16   e.   Federal or State welfare payments, Yes ___ No ✓
17        Social Security or other govern-
18        ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.    Are you married?                   Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $____0_____ Net $____0_____
28 4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____    - 2 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  School Loan - $9,000.00
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  10-14-07                              Teryl Williams
17     DATE                         SIGNATURE OF APPLICANT

## DECLARATION AND PROOF OF SERVICE BY MAIL

I, Teryl A Williams, declare under the penalty of perjury that I am over the age of 18 years, ( ) and not a party, or ( ) am a party to this action, and reside in Solano County, at P.O. Box 4000, (Cell #22-J-3-M) Vacaville, California, 95696-4000.

That on October, 14, 2007, I deposited in the United States Mail at California State Prison - Solano, Vacaville, California a copy of the attached hereof:

in a sealed envelope with postage fully prepaid, and addressed to:

Northern District of California
United States Courthouse
450 Golden Gate Ave
San Francisco Ca 94102-3483

I declare under the penalty of perjury that the foregoing is true and correct. This declaration was executed on this October, 14, 2007, at CSP-Solano, Vacaville, California, 95696-4000.

_Teryl Williams_
DECLARANT