1  Teryl A Williams V11316
2  Ca. State Prison Solano
3  P.O. Box 4000   22-5-3-m
4  Vacaville Ca 95696-4000

FILED

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8        **UNITED STATES DISTRICT COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**

10  Teryl A Williams                    )
11              Plaintiff,              )     CASE NO. C 07 5342 CW
12      vs.                             )
                                        )     **PRISONER'S**
13  U. K Sisto Warden of Solano )           **APPLICATION TO PROCEED**
                                        )     **IN FORMA PAUPERIS**
14  State Prison        Defendant.      )
15  _____)

16      I, Teryl A Williams , declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct. I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security. I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22      In support of this application, I provide the following information:

23  1.     Are you presently employed? Yes ____ No ✔

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____ Ø _____     Net: _____ Ø _____

27  Employer: _____

28  _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____1999_____8.50 an hour_____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.     Business, Profession or              Yes ____  No  ✔

10             self employment

11      b.     Income from stocks, bonds,           Yes ____  No  ✔

12             or royalties?

13      c.     Rent payments?                       Yes ____  No  ✔

14      d.     Pensions, annuities, or              Yes ____  No  ✔

15             life insurance payments?

16      e.     Federal or State welfare payments,   Yes ____  No  ✔

17             Social Security or other govern-

18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                        Yes ____  No  ✔

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____  Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____∅_____

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?       Yes ____  No _✓_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?       Yes ____  No _✓_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _✓_ If so, Total due: $_____

Monthly Payment: $_____

7.    Do you have a bank account?  Yes ____  No _✓_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $_____

Do you own any cash?  Yes ____  No _✓_ Amount:  $_____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ____  No ____

_____

8.    What are your monthly expenses?

Rent: $_____ ⊖_____   Utilities: ⊖_____

Food:  $_____ ⊖_____   Clothing: ⊖_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| NO | $_____ | $_____ |
| _____ | $_____ | $_____ |
| ✓ | $_____ | $_____ |

1  9.    Do you have any other debts?  (List current obligations, indicating amounts and to

2  whom they are payable.  Do <u>not</u> include account numbers.)

3  _____ School    Load _____

4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?  Yes ____ No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _11-9-07_       _Teryl Williams_

17     DATE          SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

Case Number: C 07 5342 CW

**FILED**

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ 0.00 _____ for the last six months

CSP- Solano _____ where (s)he is confined.
[prisoner name]
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0.00_ .

Dated: 11/2/07                     Barbara Patton
                                   [Authorized officer of the institution]

- 5 -

REPORT ID: TS3030   701

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON SOLANO
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY  01, 2007 THRU NOV. 02, 2007

ACCOUNT NUMBER : V11316
ACCOUNT NAME   : WILLIAMS, TERYL ANTHONY
PRIVILEGE GROUP: A

BED/CELL NUMBER: S422J 0000003M
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/01/2004 | H104 | DAMAGES HOLD | 3628-DOCS | 17.50 |
| 10/17/2007 | H109 | LEGAL POSTAGE HOLD | 1405-LEGAL | 5.05 |
| 10/22/2007 | H118 | LEGAL COPIES HOLD | 1451-L/CPY | 0.30 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 22.85 | 0.00 |

CURRENT
AVAILABLE
BALANCE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Barbara Patten
TRUST OFFICE

22.85-

# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:     California State Prison - Solano
                          Housing: 22-J-3- m
                          P.O. Box 4000
                          Vacaville, California 95696-4000

On the "*date*" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: Teryl Williams v DK Sisto          Case #: C 07 5342

Document(s) Served: Prisoner's Application to Proceed in Forma Pauperis and A letter from the US Court requesting Court Fee for case number CV 00455 CW

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

Office of the Clerk US District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on   11-9-07   , in Vacaville, California.

                          "date"

Signature: Teryl Williams

Printed Name: Teryl A Williams