IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERYL A. WILLIAMS,<br><br>       Plaintiff,<br><br>   v.<br><br>D.K. SISTO, Warden,<br><br>       Defendant.                     / | No. C 07-05342 CW<br><br>ORDER GRANTING APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u> AND ORDER TO SHOW CAUSE |

    Petitioner, a state prisoner currently incarcerated at California Correctional Facility in Soledad, California, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed <u>in forma pauperis</u> (IFP). Good cause appearing, the Court hereby issues the following orders:

    Petitioner's application to proceed IFP is granted. The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.

    Respondent shall file with this Court and serve upon Petitioner, within sixty (60) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued. Respondent shall

file with the answer a copy of all portions of the state record that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: 2/7/08

CLAUDIA WILKEN
United States District Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TERYL A. WILLIAMS,

        Plaintiff,

  v.

D.K. SISTO et al,

        Defendant.

        Case Number: CV07-05342 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Teryl A. Williams V11316
California State Prison Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Attorney General
State of California
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

D.K. Sisto, Warden
Calfiornia State Prison, Solano (SOL)
P. O. Box 4000
Vacaville, CA 95696-4000

Dated: February 7, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3