EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
BRUCE ORTEGA
Deputy Attorney General
[State Bar No. 131145]
  455 Golden Gate Avenue, Suite 11000
  San Francisco, California 94102
  Telephone: (415) 703-1335
  e-mail: bruce.ortega@doj.ca.gov
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERYL A. WILLIAMS,<br><br>                   Petitioner,<br><br>v.<br><br>D.K. SISTO, Warden,<br><br>                   Respondent. | C 07-05342 CW (PR)<br><br>**APPLICATION TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES** |

     For the reasons stated in the accompanying declaration of counsel, Respondent hereby requests permission to file a 30-page Memorandum of Points and Authorities in Support of its Answer to the Order to Show Cause. As explained in the accompanying declaration, a brief of such length is necessary under the circumstances of this case.

WHEREFORE, Respondent respectfully requests that this Court grant Respondent permission to file its oversized pleading in this case.

Dated: March 22, 2008

        Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General

/s/ Bruce Ortega

BRUCE ORTEGA
Deputy Attorney General

Attorneys for Respondent

:BO
SF2008400507
40231304.wpd
3/22/08

APPLICATION TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES – *Williams v. Sisto*, C 07-05342 CW (PR)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Williams v. Sisto*
No.:         C 07-05342 CW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 24, 2008</u>, I served the attached

ANSWER TO THE ORDER TO SHOW CAUSE;

APPLICATION TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES; [PROPOSED] ORDER;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE ANSWER TO THE ORDER TO SHOW CAUSE;

NOTICE OF LODGING AND INDEX OF EXHIBITS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Teryl A. Williams
V-11316
California State Prison Solano
P.O. Box 4000
Vacaville, CA 95696-4000
(With Exhibits)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 24, 2008, at San Francisco, California.

| J. Hum | /s/ Hum |
|---|---|
| Declarant | Signature |

40232463.wpd