1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  BRUCE ORTEGA
   [State Bar No. 131145]
6  Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, California 94102-7004
    Telephone: (415) 703-1335
8   Fax: (415) 703-1234
    e-mail: bruce.ortega@doj.ca.gov
9  Attorneys for Respondent

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

|  |  |
|---|---|
| 13 **TERYL A. WILLIAMS,** | C 07-05342 CW |
| 14 | |
| 15            Petitioner, | **NOTICE OF LODGING AND** |
|  | **INDEX OF EXHIBITS** |
| 16   v. | |
| 17 **D.K. SISTO, Warden,** | |
| 18            Respondent. | |

19                      **INDEX**

20            **TOTAL VOLUMES LODGED: 4**

21  **Vol. 1 of 4**

22      EXHIBIT A-1 The Clerk's Transcript (two volumes, 399 pages), including the information,
             relevant pleadings, verdicts, abstract of judgment, and notice of appeal, *People*
23           *v. Williams*, Sonoma County Superior Court case number SCR-32705.

24      EXHIBIT A-2 The Augmented Clerk's Transcript (one volume, 13 pages), *People v. Williams*,
             Sonoma County Superior Court case number SCR-32705.

25
   **Vol. 2 of 4**
26
27      EXHIBIT B-1 Reporter's Transcript of trial court proceedings (one volume, 77 pages), *People*
             *v. Williams*, Sonoma County Superior Court case number SCR-32705.

28

NOTICE OF LODGING AND INDEX OF EXHIBITS                          *Williams v. Sisto*
                                                                 C 07-05342 CW

1       EXHIBIT B-2  Reporter's Transcript of trial court proceedings (one volume, 5 pages), *People v. Williams*, Sonoma County Superior Court case number SCR-32705.

2

3       EXHIBIT B-3  Reporter's Transcript of trial court proceedings (one volume, 35 pages), *People v. Williams*, Sonoma County Superior Court case number SCR-32705.

4       EXHIBIT B-4  Reporter's Transcript of trial court proceedings (one volume, 8 pages), *People v. Williams*, Sonoma County Superior Court case number SCR-32705.

5

6       EXHIBIT B-5  Reporter's Transcript of trial court proceedings (five volumes, 552 pages), *People v. Williams*, Sonoma County Superior Court case number SCR-32705.

7  **Vol. 3 of 4**

8       EXHIBIT B-5 (cont'd.)

9  **Vol. 4 of 4**

10     EXHIBIT C   Appellant's (Petitioner's) Opening Brief, *People v. Williams*, California Court of Appeal case number A104272.

11

12     EXHIBIT D   Respondent's Brief, *People v. Williams*, California Court of Appeal case number A104274.

13     EXHIBIT E   Appellant's (Petitioner's) Reply Brief, *People v. Williams*, California Court of Appeal case number A104274.

14

15     EXHIBIT F   California Court of Appeal Opinion on direct review affirming the judgment against Petitioner, *People v. Williams*, California Court of Appeal case number A104274.

16

17     EXHIBIT G   Petitioner's Petition for Review to the California Supreme Court, seeking review of the court of appeal opinion, *People v. Williams*, California Supreme Court case number S140906.

18

19     EXHIBIT H   California Supreme Court Order denying the Petition for Review, *People v. Williams*, California Supreme Court case number S149906.

20     EXHIBIT I    Petitioner's Petition for Writ of Habeas Corpus in the California Supreme Court, *In re Williams*, California Supreme Court Number S146358.

21

22     EXHIBIT J   Order, California Court of Appeal, on remand from Writ of Certiorari from United States Supreme Court, soliciting supplemental briefing on the applicability of *Cunningham v. California*, 127 S. Ct. 856 (2007).

23

24     EXHIBIT K   California Supreme Court Order denying the Petition for Writ of Habeas Corpus, *In re Williams*, California Supreme Court case number S146358.

25     EXHIBIT L   Respondent's Supplemental Brief, *People v. Williams*, California Court of Appeal case number A104274.

26

27     EXHIBIT M   Appellant's Supplemental Brief, *People v. Williams*, California Court of Appeal case number A104274.

28

NOTICE OF LODGING AND INDEX OF EXHIBITS

*Williams v. Sisto*
C 07-05342 CW

1    EXHIBIT N    California Court of Appeal Opinion on remand reaffirming the judgment against
2                 Petitioner, *People v. Williams*, California Court of Appeal case number
                  A104274.

3    EXHIBIT O    Petitioner's Petition for Review to the California Supreme Court, seeking
                  review of the Court of Appeal opinion, *People v. Williams*, California Supreme
4                 Court case number S154889.

5    EXHIBIT P    California Supreme Court Order denying the Petition for Review, *People v.*
                  *Williams*, California Supreme Court case number S154889.
6

7         Dated: March 24, 2008

8                                          Respectfully submitted,

9                                          EDMUND G. BROWN JR.
                                           Attorney General of the State of California
10                                         DANE R. GILLETTE
                                           Chief Assistant Attorney General
11
                                           GERALD A. ENGLER
12                                         Senior Assistant Attorney General

13                                         GREGORY A. OTT
                                           Deputy Attorney General
14

15                                         /s/ Bruce Ortega

16                                         BRUCE ORTEGA
                                           Deputy Attorney General
17
                                           Attorneys for Respondent
18   BO:jkh

19   40231799.wpd
     SF2008400507
20

21

22

23

24

25

26

27

28

NOTICE OF LODGING AND INDEX OF EXHIBITS                          *Williams v. Sisto*
                                                                 C 07-05342 CW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Williams v. Sisto*
No.:        **C 07-05342 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 24, 2008, I served the attached

**ANSWER TO THE ORDER TO SHOW CAUSE;**

**APPLICATION TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES; [PROPOSED] ORDER;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE ANSWER TO THE ORDER TO SHOW CAUSE;**

**NOTICE OF LODGING AND INDEX OF EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Teryl A. Williams
V-11316
California State Prison Solano
P.O. Box 4000
Vacaville, CA 95696-4000
(With Exhibits)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 24, 2008, at San Francisco, California.

| J. Hum | J. Hum |
|---|---|
| Declarant | Signature |

40232463.wpd