IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

TERYL A. WILLIAMS,

        Petitioner,

v.

D.K. SISTO, Warden,

        Respondent.

C 07-05342 CW (PR)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may file a Memorandum of Points and Authorities that is 30 pages long in support of its Answer to the Order to Show Cause in this habeas corpus proceeding. **In future, such requests must be made before the brief is due.**

      3/25/08

DATED: _____, 2008.

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TERYL A. WILLIAMS,

     Plaintiff,

v.

D.K. SISTO et al,

     Defendant.

Case Number: CV07-05342 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Teryl A. Williams V11316
California State Prison Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: March 25, 2008

                        Richard W. Wieking, Clerk
                        By: Sheilah Cahill, Deputy Clerk