1 Teryl A. Williams V11316
2 Ca. State Prison-Solano
3 P.O. Box 4000-22-J-3-M
4 Vacaville Ca. 95696-4000

FILED
08 APR 15 PM 1:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Teryl A Williams
Petitioner

v

D.K. Sisto
Respondent

C-07-5342 CW
Request for Extension of Time to file Petitioner's Reply to Respondent's answer to the order to show cause

    Petitioner is requesting a sixty-day extension of time, within which to file a response to Respondent's answer to the order to show cause. I'm making this request for extension of time because I am unable to meet the filing deadline at this time of April 24, 2008 for the submission of my reply for the following reasons:

1. I am an inmate in the California Department of Correction, and at the present time I am incarcerated at Solano State Prison.
2. On or about March 27, 2008 Solano State Prison have been lockdown because of a massive lockdown in Solano Prison.
3. There is no movement at this time, that will give inmates access to the law library.

4. I am a layman in the field of law, and am representing myself.

5. As of today it have not been decided when inmates will have access to the law libraray.

WHEREFORE, for the reasons stated above, good cause showing, I respectfully request that this honorable court grant me an extension of sixty days for the period of coping.

I declare under the penalty of perjury of the laws of the state of California that the above statement is true and correct. Executed at the Solano Correctional Facility, Vacaville California on the 13 day of April 2008

*Teryl Williams*
Teryl A Williams    pro per

## DECLARATION AND PROOF OF SERVICE BY MAIL

I, Teryl A. Williams, declare under the **penalty** of perjury that I am over the age of 18 years, ( ) and not a party, or ( ) am a party to this action, and reside in Solano County, at P.O. Box 4000, (Cell #22-5-3 M ) Vacaville, California, 95696-4000.

That on April, 13, 2008, I deposited in the United States Mail at California State Prison – Solano, Vacaville, California a copy of the attached hereof:

Request for Extension of time

in a sealed envelope with postage fully prepaid, and addressed to: US District Court
450 Golden Gate Ave
San Francisco Ca 94102

Attorney General of the State of California
William Kuimelis
455 Golden Gate Ave Suite 11000
San Francisco Ca 94102-7004

I declare under the penalty of perjury that the foregoing is true and correct. This declaration was executed on this April, 13, 2008, at CSP-Solano, Vacaville, California, 95696-4000.

Teryl Williams
**DECLARANT**

STATE OF CALIFORNIA
CDCR 3022-B (REV. 07/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION: CSP-SOLANO | EFFECTIVE DATE OF PLAN: 4-10-2008 | PROGRAM STATUS NUMBER: CSP-MARCH-28-08-007 |
|---|---|---|

- [ ] NORMAL PROGRAM
- [ ] MODIFIED PROGRAM
- [x] LOCKDOWN
- [ ] STATE OF EMERGENCY
- [ ] INITIAL
- [x] UPDATE
- [ ] CLOSURE

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

**AREA AFFECTED**
- [x] INSTITUTION:
- [ ] FACILITY:
- [ ] HOUSING UNIT:
- [ ] VOCATION:
- [ ] EDUCATION:
- [ ] OTHER:

**INMATES AFFECTED**
- [x] ALL
- [ ] BLACK
- [ ] WHITE
- [ ] HISPANIC
- [ ] OTHER

**REASON**
- [ ] BATTERY
- [ ] DEATH
- [ ] RIOT / DISTURBANCE
- [ ] GROUPING
- [x] OTHER    DISCOVERY OF LIVE 22 CAL ROUND / ZIP GUN THREAT

**MOVEMENT**
- [ ] NORMAL
- [x] ESCORT ALL MOVEMENT
- [x] UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- [ ] CONTROLLED MOVEMENT
- [x] OTHER: RATIO: 5 TO 1

**WORKERS**
- [ ] NORMAL
- [x] CRITICAL WORKERS ONLY: PIA LAUNDRY
- [x] CULINARY (Critical Workers only)
- [ ] CLERKS
- [ ] VOCATION/EDUCATION
- [ ] CANTEEN
- [ ] CLOTHING ROOM
- [x] RESTRICTED WORK PROGRAM see below
- [ ] PORTERS
- [ ] NO INMATE WORKERS

**DAYROOM**
- [x] NORMAL  Level II
- [x] NO DAYROOM ACTIVITIES  Level III
- [ ] MODIFIED:

**RECREATION**
- [x] NORMAL
- [x] NO RECREATIONAL ACTIVITIES  Level III
- [x] MODIFIED: Dayroom for Level II and yard for Level II Bldgs. Being search.

**FEEDING**
- [ ] NORMAL
- [x] CELL FEEDING
- [ ] CONTROLLED FEEDING IN DINING ROOM
  - [ ] HOUSING UNIT/DORM AT A TIME
  - [ ] DORM POD AT A TIME
  - [ ] TIER AT A TIME
  - [ ] HOUSING UNIT SECTION AT A TIME
- [ ] SACK MEAL BREAKFAST
- [x] SACK MEAL LUNCH
- [ ] SACK MEAL DINNER

**SHOWERS**
- [x] NORMAL  Level II
- [ ] ESCORTED
- [ ] ONE INMATE PER SHOWER – OWN TIER
- [x] CELL PARTNERS – OWN TIER  Level III
- [ ] DORM SHOWERING BY GROUP
- [x] CRITICAL WORKERS ONLY: PIA LAUNDRY & CULINARY WORKERS
- [ ] NO SHOWERS

**CANTEEN**
- [ ] NORMAL
- [x] NO CANTEEN
- [ ] MODIFIED:

**PACKAGES**
- [ ] NORMAL
- [x] NO PACKAGES
- [ ] MODIFIED:

**DUCATS**
- [ ] NORMAL
- [x] MEDICAL DUCATS ONLY
- [ ] CLASSIFICATION DUCATS
- [ ] PRIORITY DUCATS ONLY

**MEDICAL**
- [ ] NORMAL MEDICAL PROGRAM
- [x] PRIORITY DUCATS ONLY
- [x] RN'S CONDUCT ROUNDS IN UNITS
- [ ] INMATES ESCORTED TO SICK CALL
- [x] EMERGENCY MEDICAL ONLY
- [x] OTHER:  MEDICAL, ISSUE MEDS IN BLDG.

**PHONE CALLS**
- [ ] NORMAL
- [x] NO PHONE CALLS
- [ ] MODIFIED:

**VISITING**
- [ ] NORMAL VISITING
- [ ] NON-CONTACT ONLY
- [x] NO VISITING
- [ ] OTHER:

**LEGAL LIBRARY**
- [ ] NORMAL
- [x] APPROVED COURT DEADLINES (paging system)

**RELIGIOUS SERVICES**
- [ ] NORMAL
- [ ] NO RELIGIOUS SERVICES
- [x] MODIFIED: CHAPLAINS MAKE ROUNDS IN BUILDINGS

**REMARKS:** On March 27, 2008, at about 1430 hours, Facility III staff received information indicating a "Zip Gun" still exists within Level II. The information specifically reflected the Zip Gun was moved from Facility III to Facility IV. On March 28, 2008, at about 0900 hours, a .22 caliber live round was discovered, uncontrolled on the Facility IV yard, in the grass area in front of the Dining Hall #8 exit door. NOTE CHANGES EFFECTIVE 1300 hrs, 4-7-2008:  PIA critical laundry workers from Facility IV only per approved list (see attached). Critical culinary workers from Facility IV only, per approved list (see attached).  Education and Vocational training will be provided to the buildings via education packets delivered to Level II & III by the appropriate teachers/instructors in accordance with the Alternative Education Delivery Model. Teachers will be permitted in all buildings except the building being search.

| PREPARED BY: R. Soria, Correctional Lieutenant | DATE: 4-09-08 | NAME / SIGNATURE (WARDEN): D. K. SISTO | DATE: 4-09-08 |
|---|---|---|---|