Teryl A Williams V11316
Ca. State Prison - Solano
P.O. Box 4000 - 22-J-3M
Vacaville Ca 95696-4000

Legal Mail

CSP SOLANO
STATE PRISON

CALIFORNIA STATE PRISON-SOLANO

US District Court
Northern District of California
450 Golden Gate Ave
San Francisco Ca 94102

UNITED STATES POSTAGE
$00.41⁰
MAILED FROM ZIPCODE 95687
APR 14 2008
PITNEY BOWES
02 1A
0004632981

9410233661 0004