IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERYL A. WILLIAMS,<br><br>    Petitioner,<br><br>  v.<br><br>D. K. SISTO, Warden,<br><br>    Respondent.               / | No. C 07-05342 CW (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.  Respondent has filed an answer.  Petitioner now moves for an extension of time to file a traverse.  Good cause appearing, the request is GRANTED.  Petitioner's traverse is due June 30, 2008.

    This Order terminates Docket no. 10.

    IT IS SO ORDERED.

Dated: 5/5/08

                                                  CLAUDIA WILKEN<br>                                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TERYL A. WILLIAMS,

        Plaintiff,

v.

D.K. SISTO et al,

        Defendant.

Case Number: CV07-05342 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce Louis Ortega
California State Attorney's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Teryl A. Williams V11316
California State Prison Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: May 5, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk