1. Teryl A Williams V11316
2. Ca. State Prison-Solano
3. P.O. Box 4000-22-J-3-M
4. Vacaville Ca. 95696-4000



FILED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Teryl A Williams
  Petitioner
       v
D. K Sisto
  Respondent

C-07-5342 CW

Request for another Extension of Time to File Petitioner's Reply to Respondents answer to the order to show cause

   Petitioner is requesting another thirty-day extension of time, within which to file a response to Respondent's answers to the order to show cause. I'm making this request for extension of time because I am unable to meet the filing deadline at this time of June 30, 2008 for the submission of my reply for the following reasons:
   1. I am an inmate in the California Department of Correction and at the present time I am incarcerated at Solano State Prison.
   2. I was granted sixty day extension in May of this year.
   3. I go to school four days a week, inmate do not use library then.
   4. The Law open two or three times a week to facility II complex.
   5. Petitioner's user status for the law library started May 30, 2008.

See attach sheet.

6. Petitioner hand print all his legal document to this court which takes a little more time than a typewritter.

7. I am a layman in the field of federal law and I'm representing myself.

WHEREFORE, for the reasons stated above, good cause showing, I respectfully request that this Honorable Court grant my extension of thirty days for the period of coping.

I declare under the penalty of perjury of the laws of the State of California that the above statement is true and correct.
Executed at the Solano State Prison Vacaville California on the 22nd day of June 2008.

Teryl Williams
Teryl A Williams pro per

STATE OF CALIFORNIA  
GA-22 (9/92)  
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 5-8-08 | Law Library | Williams | V11316 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM | TO |
|---|---|---|---|---|
| 22-J-3m | | School | | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS |
|---|---|
| Mon to Thur | FROM 7:30 AM TO 3:30 pm |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I need to get PLU status, I only get one day a week.

---

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY: H. Asher, Sr. Libru.   DATE: 5-9-08

DISPOSITION: Your deadline has been noted as 6-30-08 and you will begin PLU status 30 days prior on 5-30-08.

State of California

# Memorandum

Date : *May 30, 2008*

To : Facility Captains
Facility III and IV
CSP-Solano

From : Complex-"A" Law Library
California State Prison — Solano, Vacaville 95696-4000

Subject : PREFERRED LEGAL USER STATUS

Inmate Name: *WILLIAMS, T.*   CDC Number: *V-11316*
Housing: *22-J-3-M*

The above named inmate has been granted Preferred Legal User Status in order to meet a court deadline.

A designated PLU may not use the Library during his work hours unless authorized by the appropriate Facility Captain.

Library access for ALL inmate legal users is dependent on institutional security concerns.

By this memorandum, the above inmate is designated a Preferred Legal User through *06-30-2008*.

*H. Kosher* (signature)
H. Kosher
Librarian, Level II Complex "A"
Extension 5315

REV2-899DUIS

CA-47-B

# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:  California State Prison - Solano
Housing: 22-J-3-M
P.O. Box 4000
Vacaville, California 95696-4000

On the "date" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: Williams v Sisto                          Case #: C-07-05342 CW (PR)

Document(s) Served: Request for Extension of Time

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

Edmund G Brown JR
Attorney General of the
State of California
455 Golden Gate Ave Suite 11000
San Francisco Ca. 94102

Northern District Court
1301 Clay St ste 400s
Oakland Ca 94612-5212

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on 6-22-08, in Vacaville, California.
                                   "date"

Signature: _Teryl Williams_

Printed Name: Teryl A Williams