**LEGAL MAIL**

Teyla Williams V11316
Ca State Prison- Solano
P.O. Box 4000 — 22-5-3m
Vacaville Ca 95696-4000

CSP SOLANO
STATE PRISON

CALIFORNIA STATE PRISON-SOLANO



02 1A
0004632981
MAILED FROM ZIP CODE 95687

UNITED STATES POSTAGE
$ 00.42⁰
PITNEY BOWES
JUN 23 2008

9461285212 0037

California Northern District Court
1301 Clay Street Ste 400s
Oakland Ca. 94612-5212