IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERYL A. WILLIAMS,<br><br>    Petitioner,<br><br>  v.<br><br>D. K. SISTO, Warden,<br><br>    Respondent.                    / | No. C 07-05342 CW (PR)<br><br>ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

    Petitioner, a state prisoner, filed a _pro se_ petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for a second extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner's traverse is due on July 30, 2008. If no traverse is received on that date, the matter will be deemed submitted and ready for decision.

    This Order terminates Docket no. 12.

    IT IS SO ORDERED.

Dated: 7/16/08

                                                    CLAUDIA WILKEN
                                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TERYL A. WILLIAMS,

        Plaintiff,

  v.

D.K. SISTO et al,

        Defendant.

Case Number: CV07-05342 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce Louis Ortega
California State Attorney's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Teryl A. Williams V11316
California State Prison Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: July 16, 2008

                                          Richard W. Wieking, Clerk
                                          By: Sheilah Cahill, Deputy Clerk