# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:   California State Prison - Solano
Housing: 22-J-3-m
P.O. Box 4000
Vacaville, California 95696-4000

On the "date" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: _Teryl A Williams v D.K. Sisto_   Case #: _C07-05342 CW(PR)_

Document(s) Served: _Petitioner's Traverse_

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

Edmund G. Brown Jr
Attorney General of the State of California
455 Golden Gate Ave. Suite 11000
San Francisco Ca. 94102-7004

U.S. District Court
Northern District Ca.
1301 Clay St. Suite 400S
Oakland Ca. 94612-5212

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on _7-17-08_, in Vacaville, California.
        "date"

Signature: _Teryl Williams_

Printed Name: _Teryl Williams_