**LEGAL MAIL**

Teryl A Williams V11316
Ca. State Prison - Solano
P.O. Box 4000 - 22-J-3-M
Vacaville Ca. 95696-4000



CALIFORNIA STATE PRISON-SOLANO

U.S. District Court Northern District
1301 Clay St Suite 400S
Oakland Ca. 94612-5212


CSP SOLANO
STATE PRISON



