1 Teryl A. Williams V11316
2 Ca. State Prison-Solano
3 P.O. Box 4000-22-J-3-M
4 Vacaville, Ca. 95696-4000


FILED
JUL 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Teryl A. Williams
         Petitioner
              v
D.K. Sisto
         Respondent

C-07-5342 CW

Petitioner's Declaration
And Exhibits

I Teryl A Williams declare:
I am the petitioner in this action
I declare under penalty of perjury under the law of the state of California and the United States that the foregoing attached copies of these documents are true and correct as followed:

1. Sonoma Superior Court Minutes. see Exhibit-A
2. Application for Release of Information. see Exhibit-B
3. Original Pictures taken of the Vehicle by the Petaluma Police Dept. see Exhibit-C
4. California Highway Patrol Vehicle Report. see Exhibit-D
5. Copy of the original Westamerica Bank Checks. see

(1)

Exhibit-E
6. Supplemental Report by officer Mariscal. see Exhibit-F
7. Co-defendant letter to Petitioner. see Exhibit-G
8. Officer Mariscal Evidence Report. see Exhibit-H
9. Officer Barnes Evidence Report. see Exhibit-I
10. Public Defender Request for Discovery. see Exhibit-J
11. District Attorney Discovery Reply. see Exhibit-K
12. Latent Print Cards. see Exhibit-L
13. Photo copy of tools. see Exhibit-M
14. Evidence/Propert Sheet. see Exhibit-N
15. Entry of Guilty or no Contest Plea Exhibit-O
16. Inmate Request Forms Exhibit-P
17. Public Defender Court Activity Sheet Exhibit-Q
18. Petitioner's Statements, facts, opinions and correspondences Exhibit-R
19. Petaluma Police Department Evidence Receipt Exhibit-S

Please take notice that, in reference to Re. Ex. symbol this symbol will be referring to Respondents Exhibits in their response to Petitioner's Petition.

In reference to Ex. symbol this symbol will be referring to Petitioner's submitted Exhibits in his reply.

Dated 7-16-08

*Teryl Williams*
Teryl A Williams - V11316

(2)