

(Mine keep)

```
SCR-32705      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page    1
MCR-415138                CRIMINAL DOCKET          Printed 10/09/2003   17:55
```

Docket of
DE 1     WILLIAMS, TERYL ANTHONY                 Offense Date: 02/02/2003
DOB 03/10/1955 DLN CA N4753898                       DA #: DAR-459732

   Filed Charges
   F PC 459 Pending                    F PC 496(a) Pending

Arresting Agency: PETALUMA POLICE DEPARTMENT          Agency #: PET-030874
Supr Location:           Reel:              DA Location:
=================================================================================

03/10/2003 DE 1
    CRIMINAL HEARING - 03/13/2003 at 8:30am S2, INFORMATION TO BE FILED
    BAIL INVESTIGATION RPT

03/13/2003 DE 1     Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Gary A. Medvidgy  REP: C A Martinez  CLK: LA
    Defendant present in custody
    Public Defender, appearing
    INFORMATION FILED
    F PC 459                        F PC 496(a)
    Defendant's true name is Williams, Teryl A.
    Defendant stipulates to due and proper arraignment
    Advised of constitutional rights
    Defendant waives reading of information
    Waives further advisement of rights
    Defendant pleads Not Guilty to count I PC 459
    Defendant pleads Not Guilty to count II PC 496(a)
    Fingerprint form filed
    Defense to file motion by 03/19/2003
    Defendant does not waive time
    Jury Trial Set - 04/28/2003 at 9:30am S2, JURY TRIAL
    PRE-TRIAL CONFIRMATION - 04/03/2003 at 2:30pm S2, PRETRIAL
      CONFIRMATION, 1538.5PC TO SUPPRESS
    CONTINUED TO - 03/19/2003 at 8:30am S2, Filing of motion

03/17/2003 DE 1
    TRANSCRIPT OF PRELIMINARY EXAMINATION FILED
```

SCR-32705        SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 2

03/19/2003 DE 1        Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: KATHLEEN A. KNOTTS   REP: Sandra L. Carranza   CLK: LA
    Defendant present in custody
    Counsel Karen Silver, Public Defender, appearing
    Jury Trial Set - 04/28/2003 at 9:30am S2, JURY TRIAL
    PRE-TRIAL CONFIRMATION - 04/03/2003 at 2:30pm S2, PRETRIAL
      CONFIRMATION, 1538.5PC TO SUPPRESS
    1538.5 PC Motion Set - 03/20/2003 at 8:30am S2, 1538.5PC TO SUPPRESS

03/20/2003 DE 1        Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Alexander J. McMahon  REP: F SANDERS  CLK: LA
    Defendant present in custody
    Counsel K Silver, Public Defender, appearing
    Jury Trial Set - 04/28/2003 at 9:30am S2, JURY TRIAL
    PRE-TRIAL CONFIRMATION - 04/03/2003 at 2:30pm S2, PRETRIAL
      CONFIRMATION, 1538.5PC TO SUPPRESS

03/28/2003 DE 1
    PEOPLE'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
    PURSUANT TO PENAL CODE SECTION 1538.5 FILED
    PROOF OF PERSONAL SERVICE

04/03/2003 DE 1        Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Alexander J. McMahon  REP: C A Martinez  CLK: LA
    No file
    Defendant present in custody
    Counsel K Silver, Public Defender, appearing
    1538.5 PC Motion Held 3:47 pm
    At 3:27 pm, Marsden Motion held
    Courtroom cleared of everyone but Counsel Silver, Defendant, and
    Court staff.
    Mr. Williams addresses the Court
    Counsel Silver addresses the Court
    Court's exhibits 1, 2, and 3 marked for ID as follows:
    1)   Handwritten Pitchess Motion
    2)   Handwritten Request for Discovery _DA. Suppressed coat and blank checks_
    3)   Handwritten Ex-parte request for Marsden Motion
    Court's exhibits 1, 2, and 3 are sealed and to be opened only by
    Court Officer.
    Court does not find sufficient evidence to Grant Marsden Motion
    At 3:45 pm, Court is reopened
    1538.5 PC Motion Held 3:47 pm
    People call Officer Paul Gilman, sworn and testified. _to the coat and blank checks_
    Witness identifies Defendant(s).
    Cross examination by Counsel Silver

SCR-32705    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 3

04/03/2003 DE 1    Courtroom Minutes of Department S2    (continued)
    Defense exhibits A and B, marked for identification: A) picture of
    rear vehicle, B) picture of rear vehicle
    Defense's exhibits received into evidence A and B
    Redirect conducted by Counsel McMahan
    People's exhibits 1 and 2 marked for Identification as follows:    *Probation condition*
    1)  14 page document
    2)  22 page rap sheet of Teryl Williams    *People v Viers 2 Cal Rptr. 2d 667 (1991)*
    People's exhibits 1 and 2 received into evidence.
    People rest
    Counsel confers with her client    *In re Martinez (1970) 83 Cal. Rptr. 382 (Probation condition*
    Defense does not present any evidence    ~~defendant did not know there was no coator checks~~
    Defense waives any irregularities as to continued 1538.5 PC motion
    CONTINUED TO - 04/17/2003 at 8:30am S2, MOTION, CONTINUED
    Court will accept further case studies up to 04/15/2003    *People v Viers (1991) same*

04/15/2003 DE 1    *The police office never knew defendant was on*
    REPORTER'S TRANSCRIPT FILED    *probation. On or about 4-3-03 the D.A. added the proba-*
    *tion condition to search at anytime even if the officers did*
04/17/2003 DE 1    Courtroom Minutes of Department S2    *not know.*

    HON: R.BALLINGER    DDA: Alexander J. McMahon    REP: C A Martinez    CLK: PJS
    Defendant present in custody
    Counsel K Silver, Public Defender, appearing
    Jury Trial Set - 04/28/2003 at 9:30am S2, JURY TRIAL
    PRE-TRIAL CONFIRMATION - 04/18/2003 at 8:30am S2, PRETRIAL
        CONFIRMATION, MOTION

04/18/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER    DDA: Alexander J. McMahon    REP: C A Martinez    CLK: PJS
    Defendant present in custody
    Counsel K. Silver, Public Defender, appearing
    People argue.    *People v Viers 2 Cal Rptr. 2d 667*
    Defense argues.    *People v Robles (2000) 23 Cal 4th 789, 97 [103 Cal. App. 4th 1408; 97 Cal Rptr. 2d 914*
    People respond.
    Motion is denied    *1536.5* ✓
    Jury Trial Set - 04/28/2003 at 9:30am S2, JURY TRIAL
    Pretrial Conference Held
    Readiness Conference Set - 04/25/2003 at 10:00am S2, READINESS
        CONFERENCE

*The D.A. never showed defendant the coat he claimed the checks was under in the*
*van. In trial the DA stated there was no coat to show as evidence.*

4

SCR-32705        SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA                Page 4

04/25/2003 DE 1        Courtroom Minutes of Department S2

    HON: R.BALLINGER    DDA: KATHLEEN A. KNOTTS    REP: F SANDERS    CLK: LA
    Defendant present in custody
    Counsel K. Silver, Public Defender, appearing
    Jury Trial Set - 04/29/2003 at 9:30am S2, FURTHER P T C
    Trailing status
    Readiness Conference Held
    Trial date vacated - 04/28/2003 at 9:30am S2

04/25/2003 DE 1
    MOVED TO - 04/29/2003 at 9:30am S2, FURTHER P T C

04/29/2003 DE 1        Courtroom Minutes of Department S2

    HON: R.BALLINGER    DDA: Alexander J. McMahon    REP: C A Martinez    CLK: LA
    Judge has the file
    Defendant present in custody
    Counsel K. Silver, Public Defender, appearing
    Jury Trial Set - 04/30/2003 at 8:30am S2, ARRAIGNMENT

04/30/2003 DE 1        Courtroom Minutes of Department S2

    HON: R.DALE    DDA: KATHLEEN A. KNOTTS    REP: C A Martinez    CLK: LA
    To #1 forthwith
    JUDGE: RB
    DA: AJM
    REPORTER: FS
    CLERK: KLK
    Defendant present in custody
    Counsel K. Silver, Public Defender, appearing
    Court re-opens after closed hearing at 10:44 a.m.   Defense requests
    1368 proceedings for reasons stated  *Defendant filed Marsden motion, request to*
    Defense files ex-parte request for Marsden hearing *to get somebody else to represent him*
    Marsden Motion Held
    Marsden Motion DENIED
    Defendant Certified Superior Court per 1368 PC to be heard, *the Public Defender request*
    *1368 PC not the Judge*
    Jury Trial Vacated
    Criminal Proceedings Suspended *cannot cancel on defense request People v Hale (1988) 44 C 3d 531; 244*
    CONTINUED TO - 05/01/2003 at 8:30am S2, 1368 PC CERTIFICATION, *C R 144,120*
        FURTHER PROCEEDINGS *was this to evaluated to determine sanity*
    Re: appt. of alienist *should have appointed a second attorney*

*The 1368 P.C. proceedings was only too:*

*1. to punish me for telling the court about how my Public Defender was crossing me.*
*2. to get me committed or look craze*
*3 to hide the truth & wave my rights to a speedy trial.*

*My co-defendants conflict attorney husband is my Public Defender superviser which is a conflict of interest in its self.*

SCR-32705    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 5

05/01/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER   DDA: Alexander J. McMahon   REP: C A Martinez   CLK: LA
    Defendant present in custody
    Counsel S. Fabian, Public Defender, appearing
    CONTINUED TO - 05/29/2003 at 8:30am S2, FOR REPORT
    Dr. Cushing appointed to examine defendant
    Report due 5-27-2003, appointment pursuant to 1368

05/23/2003 DE 1
    PSYCHOLOGICAL EVALUATION RECEIVED - Dr. Cushing  *In spite of his frustrations with his*
*current counsel and the fact he may be a difficult client Mr.Williams is able to assist his attorney*
05/28/2003 DE 1  *in conducting his defense in a rational manner.*
    ORDER FOR PAYMENT OF EXPERT FEES FILED - Dr. Cushing Report
    CERTIFIED COPY OF ORDER FOR PAYMENT SENT TO COURT
    ADMINISTRATION - Dr. Cushing Report

05/29/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER   DDA: KATHLEEN A. KNOTTS   REP: C A Martinez   CLK: LA
    Defendant present in custody
    Counsel Karen Silver, Public Defender, appearing
    Report from Dr. Cushing filed
    Jury Trial Set - 07/14/2003 at 9:30am S2, JURY TRIAL
    PRE-TRIAL CONFIRMATION - 07/09/2003 at 8:30am S2, PRETRIAL
        CONFIRMATION
    CONTINUED TO - 06/03/2003 at 8:30am S2, TO SET
    Criminal Proceedings Reinstated  *resumed, not begun anew Booth v Superior Court (1997)*
*66 Cal. Rptr. 758 & P.C. 1370 also see PC 1382 right to speedy trial.*
06/03/2003 DE 1    Courtroom Minutes of Department S2

    HON: C. WONG   DDA: Jerome J Mautner   REP: TERI HOSMER   CLK: LA
    Defendant present in custody
    Counsel K Silver, Public Defender, appearing
    Jury Trial Set - 07/14/2003 at 9:30am S2, JURY TRIAL
    Pre-trial confirmation set - 07/09/2003 at 8:30am S2, PRETRIAL
        CONFIRMATION
    CONTINUED TO - 06/10/2003 at 8:30am S2, Filing of motion

06/10/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER   DDA: Jerome J Mautner   REP: C A Martinez   CLK: LA
    Defendant present in custody
    Counsel K Silver, Public Defender, appearing
    Public Defender relieved
    Court signs and files Declaration, Finding and Order re: Self Rep.
    in a criminal case
    Jury Trial Set - 07/14/2003 at 9:30am S2, JURY TRIAL
*Defendant relieved Public Defender because she show my codefendant's conflict attorney*
*a letter I gave her, & ethics violations & right to speedy trial. The P.D. never should*
*have showed the letter to conflict attorney who husband is her supervisor.*

SCR-32705      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 6

06/10/2003 DE 1    Courtroom Minutes of Department S2    (continued)
    Pre-trial confirmation set - 07/09/2003 at 8:30am S2, PRETRIAL
      CONFIRMATION
    CONTINUED TO - 06/13/2003 at 8:30am S2, FURTHER PROCEEDINGS

06/13/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: TROYE K. SHAFFER  REP: C A Martinez  CLK: JL
    File with Judge B.
    Defendant present in custody
    Counsel S. Fabian, Public Defender, appearing
    Defendant requests transcripts from 4-30-2003, 5-29-2003 - court
    states they may be provided to defendant. "never got them"
    Hearing Set - 06/19/2003 at 2:30pm S2, HEARING
    CONTINUED TO - 06/16/2003 at 8:30am S2, FURTHER PROCEEDINGS
    (re: library access; discovery)~~████████████~~ Notice of Motion for appointment of Investigator
    Defendant files misc. motion   Order Requesting Production of Physical Evidence & Declaration
    People's response by 6-18-2003 5:00 p.m. Notice of Motion for Independent Defense Testing
                                    of Physical Evidence

06/16/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: TROYE K. SHAFFER  REP: C A Martinez  CLK: LA
    Notice of Motion to Compel Discovery filed   no checks or coat from the People
    Defendant present in custody   stated there was none at that time
    Defendant in Pro Per
    Court advises defendant that in the court's opinion it is not a good
      idea to represent himself.
    CONTINUED TO - 06/19/2003 at 2:30pm S2, HEARING, MOTION
    CONTINUED TO - 06/17/2003 at 8:30am S2, FURTHER PROCEEDINGS
    (re: law library)

06/17/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: KATHLEEN A. KNOTTS  REP: C A Martinez  CLK: LA
    No file
    Defendant present in custody
    In pro per
    CONTINUED TO - 06/19/2003 at 8:30am S2, FURTHER PROCEEDINGS
    (re: law library access)

06/19/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Jerome J Mautner  REP: C A Martinez  CLK: MB
    Defendant present in custody in Pro Per
    Counsel K Silver, Public Defender, appearing  to get discovery from her & the DA.
    Matter continued to 2:30 pm

SCR-32705    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 7

06/19/2003 DE 1    Courtroom Minutes of Department S2

HON: R.BALLINGER  DDA: Jerome J Mautner  REP: C A Martinez  CLK: MB
Defendant present in custody in Pro Per
Counsel K Silver, Public Defender, appearing
The Court orders a transcript of the 06/19/2003 proceedings *defendant never got them*
995 PC Motion Filed
995 PC Motion Held *filed Notice of Motion to Dismiss PC 1382(a), the People never*
995 PC Motion Denied *filed an response to defendant motions to dismiss*
Motion to Appt. Inv. Filed
Motion to Appt. Inv. Held
Motion to Appt. Inv. Granted
CONTINUED TO - 06/20/2003 at 8:30am S2, FURTHER PROCEEDINGS
Motion re: Discovery and Physical Evidence Held *the People claim no checks or coat*
*but stated in defendant's 1538.5 hearing & trial there was a coat & checks*

06/20/2003 DE 1    Courtroom Minutes of Department S2

HON: R.BALLINGER  DDA: TROYE K. SHAFFER  REP: B L Peterson  CLK: MB
Defendant present in custody
Courtroom cleared for in camera hearing for appointment of
investigator.
The court authorizes defendant four completed phone alls to
investigative agencies.
CONTINUED TO - 06/24/2003 at 9:00am S2, FURTHER PROCEEDINGS
(appt. of investigator)

06/24/2003 DE 1    Courtroom Minutes of Department S2

HON: R.BALLINGER  DDA: ROBERT J.WANER  REP: KAREN THOMPSON  CLK: MB
Defendant present in custody in Pro Per
The Court orders four completed telephone calls to investigative
agencies as previously ordered on 06/20/2003.
Jury Trial Set - 07/14/2003 at 9:30am S2, JURY TRIAL
Pretrial Confirmation Set - 07/09/2003 at 8:30am S2, PRETRIAL
  CONFIRMATION
CONTINUED TO - 07/02/2003 at 8:30am S2, FURTHER PROCEEDINGS

06/27/2003 DE 1
REPORTER'S TRANSCRIPT FILED PROCEEDINGS

07/02/2003 DE 1    Courtroom Minutes of Department S2

HON: R.BALLINGER  DDA: Jerome J Mautner  REP: F SANDERS  CLK: LA
JUDGE HAS FILE
Defendant present in custody
1st Amended Information filed
Defendant advised of charges/allegations
Stipulates to arraignment

SCR-32705       SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA         Page 8

07/02/2003 DE 1    Courtroom Minutes of Department S2    (continued)
    Defendant advised of constitutional rights
    Defendant waives reading of information - 1st Amended Information
    Defendant pleads Not Guilty to count I PC 459
    Defendant pleads Not Guilty to count II PC 496(a)
    CONTINUED TO - 07/03/2003 at 8:30am S2, FURTHER PROCEEDINGS

07/03/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  REP: F SANDERS  CLK: LA
    Judge has file
    Defendant present in custody in Pro Per
    Defendant is to be allowed 4 completed telephone calls to
    investigators on Monday
    Court Authorizes today 4 compelted telephone calls to investigators.
    CONTINUED TO - 07/08/2003 at 9:00am S2, FURTHER PROCEEDINGS

07/08/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  REP: C A Martinez  CLK: LA
    JUDGE HAS FILE
    These proceedings are ordered sealed.
    Defendant present in custody in Pro Per
    Court authorizes completed telephone contact with 664-0327 today.
    Jury Trial Set - 07/14/2003 at 9:30am S2, JURY TRIAL
    Pretrial Confirmation Set - 07/09/2003 at 8:30am S2, PRETRIAL
      CONFIRMATION

07/09/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Jerome J Mautner  REP: C A Martinez  CLK: LA
    No file
    Today's proceedings ordered sealed
    Defendant present in custody
    Defendant present in custody in Pro Per
    Defendant to have complete tele contact with 664-0327 today
    Defendant waives time to 07/16/2003 plus 60 days
    Vacated - 07/14/2003 at 9:30am S2
    CONTINUED TO - 07/16/2003 at 8:30am S2, TO RESET
    Defense's 1050 PC Motion Granted
    Defendant allowed to view any relevant videotape with his
    investigator or in private
    CONTINUED TO - 07/11/2003 at 9:00am S2, FURTHER PROCEEDINGS

SCR-32705    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 9

07/11/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  REP: C A Martinez  CLK: LA
    These proceedings sealed
    Defendant present in custody in Pro Per
    Disc. that def. shall be passed to investigator also videotaped
    CONTINUED TO - 07/16/2003 at 8:30am S2, TO RESET

07/16/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Jerome J Mautner  REP: C A Martinez  CLK: LA
    No File
    Defendant present in custody in Pro Per
    Jury Trial Set - 09/02/2003 at 9:30am S2, JURY TRIAL
    Pretrial Confirmation Set - 08/22/2003 at 8:30am S2, PRETRIAL
      CONFIRMATION

07/21/2003 DE 1
    PROOF OF SERVICE BY MAIL FILED

08/22/2003 DE 1    Courtroom Minutes of Department S2

    HON: R.BALLINGER  DDA: Jerome J Mautner  REP: C A Martinez  CLK: LA
    Defendant present in custody in Pro Per
    P & A's in opposition to suppression of evidence filed *rehearing on defendants 1538.5*
    Jury Trial Set - 09/02/2003 at 9:30am S2, JURY TRIAL *hearing because of the new*
    Pretrial Conference Held *Supreme Court ruling*
    Readiness Conference Set - 08/29/2003 at 10:00am S2, READINESS *Sanders v Supreme Court 31 Cal 4th 318 2C R3d 630 (condition)*
      CONFERENCE
    CONTINUED TO - 08/28/2003 at 2:30pm S2, MOTION

08/22/2003 DE 1
    CUSTODY INFORMATION TRANSMITTED TO JAIL BY lalberts FOR 8/22/2003
    8:30 S2

08/28/2003 DE 1
    ORDER FOR PAYMENT OF EXPERT FEES FILED - Fees of Investigator
    CERTIFIED COPY OF ORDER FOR PAYMENT SENT TO COURT
    ADMINISTRATION - Fees of Investigator

08/28/2003 DE 1    Courtroom Minutes of Department S2
*Visiting Judge*
    HON: Dean A. Beaupre  DDA: Jerome J Mautner  REP: C A Martinez  CLK: LA
      INT: ED SALDIVAR - SPANISH
    Defendant present in custody
    Defense Counsel Bernabe Hernandez appearing
    Defense Motions in Limine filed *Notice of Motion for the Order Requesting the Prosecution to make*
    People are ordered to turn over Discovery consisting of defendant's
    *available Physical Documentary & Secondary Evidence,*

*The People states they do not have no checks to fingerprint or the coat, removed by Officer. The Judge stated the People bet not come up with it latter. They come up with the checks latter in trial in front of a another Judge, to late to test.*

On August 1, 2005 the California Supreme Court ruled on People v

Case 4:07-cv-05842-CW Document 15-21 Filed 07/29/2008 Page 11 of 22 People v Viers

I Cal App. 4th 896; 2 Cal. Rptr. 2d 667 [probation search & conditions. The
justices ruled that, While officers can undertake warrantless searches
on known probationers and parolees such searches are illegal if
officers learn of the convict's status only following the search.

SCR-32705      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 10

08/28/2003 DE 1     Courtroom Minutes of Department S2    (continued)
rap sheet.  Probation condition
Defense Motion to reopen is denied  People v Sanders 31 Cal 4th 318; 2 Cal Rptn 3d 630
Jury Trial as Set - 09/02/2003 at 9:30am S2, JURY TRIAL Stating it only talked about
Readiness Conference as set - 08/29/2003 at 10:00am S2, READINESS parolees not
CONFERENCE                                                      probationers
                                                      This judge was
                                                      wrong in the law
08/29/2003 DE 1     Courtroom Minutes of Department S2

HON: Phillip Champlain  DDA: Jerome J Mautner   REP: C A Martinez   CLK: LA
Defendant present in custody in Pro Per
Readiness Conference Held
Trial date of 09-02-2003 confirmed
Time estimate 4 days


09/02/2003 DE 1     Courtroom Minutes of Department S2

HON: Robert S. Boyd  DDA: TROYE K. SHAFFER   REP: KAREN THOMPSON   CLK: LA
Defendant present in custody in Pro Per
60th day is 09-16-2003
Jury Trial Set - 09/05/2003 at 10:00am S2, JURY TRIAL
(Trailing status)


09/05/2003 DE 1     Courtroom Minutes of Department S2

HON: C. WONG  DDA: Jerome J Mautner   REP: SHELLY BERG   CLK: PJS
Defendant present in custody in Pro Per
Defendant to be dressed in civilian clothes.
Jury Trial Set - 09/08/2003 at 9:30am S2, JURY TRIAL
trailing status


09/08/2003 DE 1     Courtroom Minutes of Department S2

HON: R.BALLINGER  DDA: TROYE K. SHAFFER   REP: C A Martinez   CLK: LA
Defendant present in custody
Defendant present in custody in Pro Per
Anthony Piazza present addresses the Court. regarding discovery and etc.
Complaint amended to reflect date of complaint 7/2/03
People's proposed Witness List is filed
Defense Proof Of Service filed
Jury Trial Set - 09/09/2003 at 9:30am S2, JURY TRIAL
Defendant to provide letter to DA. the letter the P.D. showed co-defendant attorney
DROPPED FROM CALENDAR - 09/09/2003 at 9:30am S2
Jury Trial Set - 09/09/2003 at 8:30am S2, JURY TRIAL

SCR-32705      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 11

09/09/2003 DE 1      Courtroom Minutes of Department S2

    HON: Robert S. Boyd  DDA: Jerome J Mautner  REP: D M Morin  CLK: MB
    Case called at 1:30pm in Department S4
    Defendant present in custody in Pro Per
    Jury Trial Set - 09/10/2003 at 8:30am S4, JURY TRIAL
    (trailing status)

09/10/2003 DE 1      Courtroom Minutes of Department S4

    HON: Robert S. Boyd  DDA: ROBERT J.WANER  REP: D M Morin  CLK: MB
    Defendant present in custody in Pro Per
    Mr. Piaza present.
    Defendant to be dressed in civilian clothing.
    Jury Trial Set - 09/11/2003 at 9:30am S4, JURY TRIAL
    (trailing status)

09/11/2003 DE 1      Courtroom Minutes of Department S4

    HON: Robert S. Boyd  DDA: TROYE K. SHAFFER  REP: D M Morin  CLK: MB
    This cause comes on regularly for commencement of jury trial. At
    10:55 a.m., the Court convenes.  Troye Shaffer appearing on behalf
    of the People.  Defendant present in custody, in pro per, with his
    investigator, Anthony Piazza.
    The Court hears and rules on motions in limine.
    The issue of priors is bifurcated.
    At 11:56 a.m., the Court declares the noon recess.
    At 2:21 p.m., the Court reconvenes. Ms. Shaffer present. Defendant
    present in custody.  Anthony Piazza present.
    The Court continues to hear and rule on motions in limine.
    The Court sets the 402 hearing with Ms. Rhone for September 12,
    2003 at 1:30 p.m.
    The Court continues this matter to September 12, 2003 at 10:00 a.m.
    in Department S4 for further jury trial.
    CONTINUED TO - 09/12/2003 at 10:00am S4, JURY TRIAL
    Defendant to be dressed in civilian clothing.

09/11/2003 DE 1
    PEOPLE'S SUPPLEMENTAL MOTIONS IN LIMINE FILED
    PEOPLE'S TRIAL BRIEF FILED
    DEFENDANT'S PROPOSED WITNESS LIST FILED

SCR-32705      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA       Page 12

09/12/2003 DE 1    Courtroom Minutes of Department S4

HON: Robert S. Boyd  DDA: TROYE K. SHAFFER  REP: D M Morin  CLK: MB
Cause comes on regularly this date for further jury trial pursuant
to adjournment of September 12, 2003.  At 10:09 a.m., the
Courtconvenes.  Troye Shaffer present on behalf of the People.
Defendant present, in pro per.  Prospective jurors not present.
Anthony Piazza present.
The Court and counsel discuss legal issues.
At 10:37 a.m., a panel of prospective jurors is summoned into open
Court and sworn as to their qualifications.
The Court outlines the cause to the panel.
The numbers of eighteen prospective jurors are called to fill the
jury box.
Voir dire examination commences.
At 11:56 a.m., the Court admonishes the prospective jurors and decla
res the noon recess.
Outside the presence of the prospective jurors, the Court and counse
l discuss legal issues.
At 11:58 a.m., the Court declares the noon recess.
At 1:43 p.m., the Court reconvenes. Ms. Shaffer present. Defendant
 present in custody with his investigator Mr. Piazza.
Prospective jurors not present.
Outside the presence of the jurors, the Court and counsel discuss
the comments of Juror #1858.
The defendant waives any right to appeal regarding the comments of
Juror #1858.
402 Hearing
Galara Rhone is sworn and refuses answer questions, asserting her
Fifth Amendment rights.
The witness steps down.
The Court and counsel discuss legal issues.
The Court and counsel discuss Juror #1728.
At 2:08 p.m., the prospective jurors are summoned into open Court.
Voir dire of prospective jurors continues.
At 2:17 p.m., the Court reminds the prospective jurors of their
admonishment and declares a brief recess.
Outside the presence of the prospective jurors, the Court and
counsel discuss challenges for cause.
At 2:22 p.m., the prospective jurors are summoned into open Court.
Voir dire continues.
At 2:45 p.m., the Court reminds the prospective jurors of their
admonishment and declares a brief recess.
Outside the presence of the prospective jurors, the Court and
counsel discuss challenges for cause.
At 2:48 p.m., the prospective jurors are summoned into open Court.
Voir dire continues.
Peremptory challenges having been exercised and both sides now

SCR-32705    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 13

09/12/2003 DE 1    Courtroom Minutes of Department S4    (continued)
being satisfied, the following jurors are sworn to try the cause:
1.  #1892    2.  #1777    3.  #1891    4.  #1834    5.  #1868
6.  #1733    7.  #1693    8.  #1712    9.  #1742    10.  #1872
11.  #1815    12.  #1893.
Peremptory challenges having been exercised and both sides now
being satisfied, the following alternate juror is sworn to try
the cause:  #1897
At 2:54 p.m., the Court reminds the jurors of their admonishment
and declares a brief recess.
Outside the presence of the jurors, the Court and counsel discuss
legal issues.
At 3:20 p.m., the Court reconvenes. Counsel present. Defendant
present in custody.  Jurors not present.  Mr. Piazza present.
Outside the presence of the jurors, the Court and counsel discuss
legal issues.
At 3:22 p.m., the jurors are summoned into open Court.
Court pre-instructs jury
At the direction of the Court, the clerk reads the Information.
At 3:47 p.m., the Court reminds the jurors of their admonishment
and declares a recess until September 15, 2003 at 10:30 a.m. in
Department S4 for further jury trial.
Outside the presence of the jurors, the Court and counsel discuss
legal issues.
Counsel directed to return at 10:00 a.m.
The Court stands adjourned.
Defendant to be dressed in civilian clothing.
CONTINUED TO - 09/15/2003 at 10:00am S4, JURY TRIAL

09/15/2003 DE 1    Courtroom Minutes of Department S4

HON: Robert S. Boyd  DDA: TROYE K. SHAFFER  REP: KAREN THOMPSON  CLK: MB
Cause comes on regularly this date for further jury trial pursuant
to adjournment of September 12, 2003. At 10:08 a.m., the Court
convenes.  Troye Shaffer present on behalf of the People.
Defendant present in custody, in pro per. Anthony Piazza, present.
Jurors not present.
Outside the presence of the jurors, The Court and counsel discuss
legal issues.
At 10:36 a.m., the jurors are summoned into open Court.
OFFICER PAUL GILMAN, Petaluma Police Department, is sworn and
testifies on behalf of the People.
The following People's exhibits are marked for identification:
1.  Large Map
2.  Small Map
The witness identifies defendant.
The following People's exhibits are marked for identification:
3.  Small Color Photo

SCR-32705     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA     Page 14

09/15/2003 DE 1    Courtroom Minutes of Department S4   (continued)
```
 4.  Small Color Photo
 5.  Small Color Photo
 6.  Small Color Photo
 7.  Small Color Photo
 8.  Small Color Photo
 9.  Small Color Photo
10.  Small Color Photo
11.  Small Color Photo
12.  Small Color Photo
13.  Small Color Photo
14.  Officer Gilman's Report
15.  Checks
16.  Copies of Checks
```
Cross examination
The following defendant's exhibits are marked for identification:
```
A.  Small Map
B.  Small Color Photo
C.  Small Color Photo
D.  Small Color Photo
E.  Small Color Photo
F.  Small Color Photo
G.  Small Color Photo
H.  Small Color Photo
```
Redirect
The People's Exhibit 17, CLETS Response Document, is marked for
identification.
The witness steps down.
At 12:03 p.m., the Court reminds the jurors of their admonishment
and declares the noon recess.
Outside the presence of the jurors, the Court and counsel discuss
legal issues.
At 12:05 p.m., the Court declares the noon recess.
At 1:37 p.m., the Court convenes. Counsel present. Defendant
present in custody in pro per.  Mr. Piazza not present.  Jurors
not present.
Outside the presence of the jurors, the Court and counsel discuss
legal issues.
At 1:41 p.m., the jurors are summoned into open Court.
DANIEL TORLIATT is sworn and testifies on behalf of the People.
The following People's exhibits are marked for identification:
```
18.  Copy of Coins
19.  Copy of Coins
20.  Small Photo
```
Cross examination
The Defendant's Exhibit I, Polaroid Photo, is marked for
identification.
Redirect

SCR-32705      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 15

09/15/2003 DE 1     Courtroom Minutes of Department S4   (continued)
The witness steps down.
DETECTIVE ROBERT BARNES, Petaluma Police Department, is sworn and
testifies on behalf of the People.
The following People's exhibits are marked for identification,
offered and received in evidence:
21.  Small Color Photo
22.  Small Color Photo
23.  Small Color Photo
24.  Small Color Photo
25.  Small Color Photo
26.  Small Color Photo
27.  Small Color Photo
28.  Small Color Photo
29.  Large Color Photo
30.  Large Color Photo
31.  Large Color Photo
32.  Large Color Photo
33.  Large Color Photo
The People's Exhibit 34, Oakland Newspaper, is marked for
identification.
The following People's exhibits are marked for identification,
offered and received in evidence:
35.  Large Color Photo
36.  Large Color Photo
37.  Large Color Photo
38.  Large Color Photo
39.  Large Color Photo
40.  Large Color Photo
The following Peole's exhibits are marked for identification:
41.  Large Color Photo
42.  Large Color Photo
43.  Large Color Photo
44.  Large Color Photo
45.  Large Color Photo
46.  Large Color Photo
47.  Large Color Photo
48.  Large Color Photo
49.  Large Color Photo
The following People's exhibits are marked for identification,
offered and received in evidence:
50.  Fingerprint Card
51.  Fingerprint Card
At 3:04 p.m., the Court reminds the jurors of their admonishment
and declares a brief recess.
Outside the presence of the jurors, the Court and counsel discuss
legal issues.
At 3:05 p.m., the Court declares a brief recess.

SCR-32705     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA     Page 16

09/15/2003 DE 1     Courtroom Minutes of Department S4     (continued)
At 3:20 p.m., the Court reconvenes. Counsel present. Defendant
present in custody.  Mr. Piazza present.  Jurors present.
DETECTIVE ROBERT BARNES, previously sworn, resumes the stand and
further testifies.
Cross examination
The following defendant's exhibits are marked for identification:
J.  Evidence Sheet
K.  Report
The witness steps down.
DETECTIVE FROILAN MARISCAL, Petaluma Police Department, is sworn
and testifies on behalf of the People.
CONTINUED TO - 09/17/2003 at 10:00am S4, JURY TRIAL
The following People's exhibits are marked for identification:
52.  Large Color Photo
53.  Large Color Photo
54.  Large Color Photo
55.  Large Color Photo
56.  Large Color Photo
57.  Large Color Photo
58.  Large Color Photo
59.  Large Color Photo
60.  Glove
61.  Glove
62.  Glove
63.  Glove
64.  Glove
The People's Exhibits 55 and 56, previously marked for
identification, are offered and received in evidence.
The following People's exhibits are marked for identification:
65.  Packet of Documents
66.  Bolt Cutters
67.  Tire Iron
68.  Tire Iron
69.  Pry Tool
70.  Tire Iron
71.  Tire Iron
The witness steps down.
At 4:27 p.m., the Court reminds the jurors of their admonishment
and declares a recess until September 17, 2003 at 10:30 a.m.
in Department S4 for further jury trial.
Outside the presence of the jurors, the Court and counsel discuss
legal issues.
The Court directs all parties to appear September 17, 2003 at
10:00 a.m.
At 4:32 p.m., the Court stands adjourned.
Defendant to be dressed in civilian clothes September 17, 2003.

SCR-32705     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 17

09/15/2003 DE 1
     PEOPLE'S PROPOSED JURY INSTRUCTIONS FILED

09/17/2003 DE 1     Courtroom Minutes of Department S4

HON: Robert S. Boyd  DDA: TROYE K. SHAFFER  REP: KAREN THOMPSON  CLK: MB
Cause comes on regularly this date for jury trial pursuant to
adjournment of September 15, 2003.  At 10:35 a.m., the
Court convenes.  Troye Shaffer present on behalf of
the People.  Defendant present in custody, in pro per.
Jurors not present.  Anthony Piazza present.
Outside the presence of the jurors, the Court and counsel discuss
legal issues.
DETECTIVE FROILAN MARISCAL, Petaluma Police Department, is sworn
and testifies on behalf of the People.
Cross examination
The following defendant's exhibits are marked for identification:
L.  Small Color Photo
M.  Small Color Photo
N.  Small Color Photo
O.  Small Color Photo
P.  Small Color Photo
Q.  Small Color Photo
R.  Small Color Photo
S.  Small Color Photo
The witness steps down.
At 11:55 a.m., the Court reminds the jurors of their admonishment
and declares the noon recess.
Outside the presence of the jurors, the Court and counsel discuss
legal issues.
At 12:02 p.m., the Court declares the noon recess.
Courtroom Clerk Patty Schulze replaces Courtroom Clerk Marietta
Betts.
At 1:35 p.m., the Court convenes, on the record, outside the
presence of the jury.  All other parties present.  Discussions held.
at 1:45 p.m., the jury is summoned into open Court. All present.
People call BRIAN BAILEY, sworn and testified.
Cross examination
Witness steps down
People's exhibit 72, marked for identification: Document
People's exhibit 72 received into evidence.
The Court reads Exhibit 72 to the jury.
At 1:55 p.m., Court declares a recess. Court admonishes the jury.
At 2:12 p.m., the Court reconvenes, on the record, outside the
presence of the jury.  Discussions held.
At 2:15 p.m., jury is summoned into open Court. All present.
Defendant makes an opening statement
Defendant is sworn and testifies on his own behalf.

SCR-32705      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA            Page 18

09/17/2003 DE 1     Courtroom Minutes of Department S4    (continued)
    Defense exhibit T, marked for identification: Document - Copy of
    Property List
    Cross examination
    At 3:00 p.m., Court declares a recess: Jury admonished.
    People's exhibit 73, premarked for identification: Small Color
    Photo
    At 3:17 p.m., the Court reconvenes. All parties and jury present.
    MR. WILLIAMS, heretofore sworn, resumes the stand.
    Defendant identifies People's Exhibit 73.
    Cross examination continues.
    Redirect
    Defense exhibit U, marked for identification: Documents
    Defense exhibit V, marked for identification: Document
    Witness steps down
    Defense calls OFFICER KEVIN SIMMONS, sworn and testified
    Cross examination
    Witness steps down
    Defense calls ANTHONY PIAZZA, sworn and testified
    The following defense exhibits are marked for identification:
    W.   Small Color Photo
    X.   Small Color Photo
    Y.   Small Color Photo
    Z.   Small Color Photo
    AA.  Small Color Photo
    BB.  Small Color Photo
    CC.  Small Color Photo
    DD.  Small Color Photo
    EE.  Small Color Photo
    At 4:30 p.m., the Court declares a recess. Jury admonished. Case
    continued to September 18, 2003 at 10:00 a.m. in Department S4.
    CONTINUED TO - 09/18/2003 at 10:00am S4, JURY TRIAL

09/17/2003 DE 1
    CUSTODY INFORMATION TRANSMITTED TO JAIL BY pschulze FOR 9/17/2003
    10:00 S4
    TRIAL CONTINUES TO 09/18/2003, 10:00AM, S4

09/18/2003 DE 1     Courtroom Minutes of Department S4

    HON: Robert S. Boyd  DDA: TROYE K. SHAFFER  REP: KAREN THOMPSON  CLK: MB
    Cause comes on regularly this date for jury trial pursuant to
    adjournment of September 17, 2003. at 10:34 a.m., the
    Court convenes.  Troye Shaffer present on behalf of the
    People.  Defendant present in custody, in pro per.  Jurors not
    present Mr.Piazza present
    Outside the presence of the jurors, the Court and counsel discuss
    jury instructions.

SCR-32705        SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 19

09/18/2003 DE 1    Courtroom Minutes of Department S4    (continued)
    At 10:40 a.m., the jurors are summoned into open Court.
    Defense calls ANTHONY PIAZZA, sworn and testified
    At 10:55 a.m., the Court reminds the jurors of their admonishment
    and declares a brief recess.
    Outside the presence of the jurors, the Court and counsel discuss
    legal issues.
    At 11:16 a.m., the jurors are summoned into open Court.
    The Court reads the stipulations for the record.
    At 11:17 a.m., the Court reminds the jurors of their admonishment
    and declares the noon recess.
    Outside the presence of the jurors, the Court and counsel discuss
    jury instructions.
    The Court's Exhibit 1, Stipulation, is marked for identification.
    The People withdraw Exhibit 14.
    People's exhibit 1 through 20, 33, 41 through 44, 45 through 49,
    52 through 54, 57 through 71, and 73 are admitted into evidence.
    The Defendant's Exhibit A through T and X through EE are admitted
    into evidence.
    The Defendant's Exhibit U is withdrawn.
    At 1:35 p.m., the Court reconvenes. Counsel present. Defendant
    present in custody.  Jurors not present. Mr. Piazza present.
    Outside the presence of the jurors, the Court and counsel discuss
    legal issues.
    At 1:37 p.m., the jurors are summoned into open Court.
    The court instructs jury.
    Ms. Shaffer presents her closing arguments on behalf of the People.
    Mr. Williams presents his closing arguments.
    Ms. Shaffer presents her final arguments.
    The Court reads the final jury instructions.
    At 3:07 p.m., the bailiff is sworn to take charge of the jury.
    The jurors retire to commence deliberation.
    At 3:08 p.m., the Court reminds the alternate juror of her
    admonishment and thanks and excuses her until further notice.
    Outside the presence of jurors, the Court and counsel discuss legal
    issues.
    Counsel and defendant stipulate the bailiff may excuse and
    reconvene the jurors.
    People rest At 3:12 p.m., the Court stands in recess.
    At 4:35 p.m., the bailiff advises the jurors have left for the day
    and will return September 19, 2003 at 10:30 a.m. in Department S4.
    CONTINUED TO - 09/19/2003 at 10:30am S4, JURY TRIAL

09/18/2003 DE 1
    JURY INSTRUCTIONS GIVEN BY COURT FILED
    CUSTODY INFORMATION TRANSMITTED TO JAIL BY mbetts FOR 9/18/2003
    10:00 S4

SCR-32705      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 20

<u>09/19/2003 DE 1</u>
   VERDICTS FILED
   VERDICT FORMS NOT USED FILED
   TRIAL COMPLETED - 6 Day(s)

<u>09/19/2003 DE 1</u>   <u>Courtroom Minutes of Department S4</u>

HON: Robert S. Boyd  DDA: TROYE K. SHAFFER  REP: KAREN THOMPSON  CLK: MB
Cause comes on regularly this date for jury trial pursuant to
adjournment of September 18, 2003.
Bailiff Mark Mauldin is sworn to take charge of the jurors.
At 10:35 a.m., the bailiff advises all jurors are present and
continue deliberations in the jury room.
At 11:37 a.m., the Court convenes. Counsel present. Defendant
present in custody, in pro per. Jurors not present. Mr. Piazza
not present.
Outside the presence of the jurors, the Court and counsel discuss
legal issues.
At 12:01 p.m., the jurors are summoned into open Court.
The jury, throught its foreperson, Juror #1712, renders the verdicts
which are read by the clerk, affirmed as read and made a part of
the Court's record:
We, the Jury, find the defendant, TERYL ANTHONY WILLIAMS, Guilty of
violation of Section 459 of the Penal Code, a felony, to wit,
SECOND DEGREE COMMERCIAL BURGLARY, as alleged in Count I of the
First Amended Information.
DATED:  9/19/03                    #1712
We, the Jury, find the defendant, TERYL ANTHONY WILLIAMS, Guilty
of violation of Section 496(a) of the Penal Code, a felony, to wit,
RECEIVING STOLEN PROPERTY, as alleged in Count II of the
First Amended Information.
DATED:  9/19/03                    #1712
At 12:05 p.m., the Court excuses the jurors into the hallway.
Outside the presence of the jurors, the Court and counsel discuss
legal issues.
The defendant waives jury trial on the priors.
At 12:08 p.m., the jurors are summoned into open Court.
The Court thanks and excuses the jurors.
Defendant admits the following priors on the record as follows:
Strike(s) 1170.12 Dated  12-17-84 Admitted
Prison Prior(s) 667.5(b) Dated  1-5-98 Admitted
Prison Prior(s) 667.5(b) Dated 3-4-93 Admitted
Prison Prior(s) 667.5(b) Dated 1-17-90 Admitted
Prison Prior(s) 667.5(b) Dated  12-17-84 Admitted
Prison Prior(s) 667.5(b) Dated  9-14-82 Admitted
Prison Prior(s) 667.5(b) Dated  1-3-79 Admitted
Case Referred to Probation Department for RPO Re: Presentence

SCR-32705      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 21

09/19/2003 DE 1    Courtroom Minutes of Department S4    (continued)
    CONTINUED TO - 10/16/2003 at 9:00am S4, RPO/PRESENTENCE
    Report due 10-9-2003
    The Court stands adjourned.

***** End of Docket *****