EXHIBIT-B

# Petaluma Police Department
### 969 Petaluma Blvd. North, Petaluma, Ca. 94952
Phone Number (707) 778-4372     Fax: (707) 778-4501
Patrick T. Parks, Chief of Police

## Application for Release of Information

| | | |
|---|---|---|
| Date & Time of Incident: | Type of Incident: ☑ Traffic Collision ☐ Crime | Report Number (If Known) X 13-874 |
| Location of Incident: | | |
| Name of Person Involved: | TYREL WILLIAMS | |

### Party of Interest (Please Check One)

☐ Person Involved — Driver, Passenger, Pedestrian, Victim
☐ Insurance Representative
☐ Property Owner
☐ Attorney
☐ Authorized Individual (Signed authorization required)
☐ Parent/Guardian of Juvenile
☐ Other Party of Interest: (Specify)

### This is your mailing label
Type or Print carefully or affix a mailing label

please call
will call.

← Name or Agency Name
← Address
← City, State, Zip

Attention:

### Certification

I declare under the penalty of perjury that.... ☐ I am ☑ I represent ☐ I am an attorney representing...the party of interest in the report requested.

→ COURT APPOINTED INVESTIGATOR

Signature: E. Anthony [illegible]
Today's Date: 8-25-03
Phone Number: 707-6640327 ☐ Business ☐ Home
Agency Represented (if applicable): PRIVATE INV. APPOINTED FOR DEFENSE BY JUDGE

### PPD Use Only—Do Not Write Below This Line

| Report Number | Person Releasing | Date Released | Method of Release |
|---|---|---|---|
| | | | |

Rev 4/29/99