EXHIBIT-C








