

**EXHIBIT-D**

# VEHICLE REPORT

**STATE OF CALIFORNIA**
**DEPARTMENT OF CALIFORNIA HIGHWAY PATROL**
CHP 180 (Rev. 2-99) OPI 061

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| Field | Value |
|---|---|
| REPORTING DEPARTMENT | Petaluma PD |
| LOCATION CODE | 4908 |
| DATE / TIME OF REPORT | 2/7/03 0600 |
| NOTICE OF STORED VEHICLE DELIVERED PERSONALLY | ☐ |
| FILE NO. | 03-874 |
| LOCATION TOWED / STOLEN FROM | Kenilworth @ E. Washington |
| ODOMETER READING | 20949 |
| VIN CLEAR IN SVS? | ☒ YES ☐ NO |
| LIC. CLEAR IN SVS? | ☒ YES ☐ NO |
| DATE / TIME DISPATCH NOTIFIED | 2/7/03 |
| LOG NO. | |
| YEAR | 80 |
| MAKE | Dodge |
| MODEL | 280 |
| BODY TYPE | Van |
| COLOR | Tan |
| LICENSE NO. | 1AMT828 |
| ONE/TWO | ☒ TWO |
| MONTH/YEAR | 9/03 |
| STATE | CA |
| VEHICLE IDENTIFICATION NO. | B21JPAX121383 |
| ENGINE NO. | |
| VALUATION BY | ☒ OFFICER ☐ OWNER ☐ 0-300 ☒ 301-4000 ☐ 4001+ |

**REGISTERED OWNER**
Terence Leith Harris
9606 Empire Rd
Oakland, CA 94607

**LEGAL OWNER**
☒ SAME AS R/O

☐ STORED   ☒ IMPOUNDED   ☐ RELEASED   ☐ RECOVERED - VEHICLE / COMPONENT

| TOWING / STORAGE CONCERN | STORAGE AUTHORITY / REASON |
|---|---|
| Downtown Autobody 1490 N. Petaluma Blvd  665-9100 | 22655.5 VC |

| TOWED TO / STORED AT | AIRBAG? | DRIVEABLE? | VIN SWITCHED? |
|---|---|---|---|
| Same | ☐ YES ☒ NO ☐ 1 ☐ 2 | ☒ YES ☐ NO ☐ JUNK ☐ UNK | ☐ YES ☒ NO |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | ☒ | SEAT (FRONT) | ☒ | | REGISTRATION | ☒ | | CAMPER | | ☒ | LEFT FRONT | Poor |
| BURNED HULK per 431(c) VC | | | SEAT (REAR) | ☒ | | ALT. / GENERATOR | | | VESSEL AS LOAD | | ☒ | RIGHT FRONT | / |
| VANDALIZED | | | RADIO | ☒ | | BATTERY | | | FIREARMS | | | LEFT REAR | / |
| ENG. / TRANS. STRIP | | | TAPE DECK | | ☒ | DIFFERENTIAL | | | OTHER | | ☒ | RIGHT REAR | Poor |
| MISC. PARTS STRIP | | | TAPES | | ☒ | TRANSMISSION | | | | | | SPARE | Yes |
| BODY METAL STRIP | | | OTHER RADIO | | ☒ | AUTOMATIC | ☒ | | | | | HUB CAPS | No |
| SURGICAL STRIP per 431(b) VC | | ☒ | IGNITION KEY | | ☒ | MANUAL | | | | | | SPECIAL WHEELS | Mags |

| RELEASE VEHICLE TO: | ☐ R/O OR AGENT ☒ AGENCY HOLD ☐ 22850.3 VC | GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) Glenn Russell | DATE / TIME 2/7/03 |
|---|---|---|---|

NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO. | DATE
CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE.

SIGNATURE OF PERSON AUTHORIZING RELEASE
SIGNATURE OF PERSON TAKING POSSESSION

☐ STOLEN VEHICLE / COMPONENT   ☐ EMBEZZLED VEHICLE   ☐ PLATE(S) REPORT

| DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED | NAME OF REPORTING PARTY (R/P) | DRIVER LICENSE NO. / STATE |
|---|---|---|---|
| LAST DRIVER OF VEHICLE | DATE / TIME | ADDRESS OF R/P | TELEPHONE OF R/P ( ) |

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE OF PERSON MAKING REPORT

**REMARKS** [LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

| DRIVER'S NAME | ARRESTED / SECTION? | REPORTED BY | CARGO / TYPE? | VALUE $ |
|---|---|---|---|---|
| Rhone, G. | ☒ YES ☐ NO  459 | Gilman | ☐ YES ☐ NO | ☐ BILL OF LADING ATTACHED |

360° poor paint
Poor interior
Misc clothing & tools
Passenger door broken
360° rust
Broken rear taillight

| FRONT | LEFT SIDE | RIGHT SIDE | REAR | TOP |
|---|---|---|---|---|

| SIGNATURE OF OFFICER TAKING REPORT | I.D. NO. 2042 | SUPERVISOR Reynolds | REQUIRED NOTICES SENT TO REGISTERED AND LEGAL OWNERS PER 22852 VC? ☒ YES ☐ NO | DATE NOTIFIED 2/7/03 DR |
|---|---|---|---|---|

OSP 99 18768

1334  2/7/03

c180_299.fmp