**EXHIBIT -E**

Case 03-874

Item 2-1817
reduced to 64%
8/29/03
by M. Paulson

Should be
← 12½" ⟶

| 1670 | | | DAN'S AUTO & TRUCK PARTS | 1670 |

(blank check forms for Dan's Auto & Truck Parts, 345 Lakeville Street, Petaluma, CA 94952, drawn on Westamerica Bank, check numbers 1670, 1671, 1672)

Petaluma Police Department

# Evidence/Property Sheet

| Code Section: 459PC | Crime: BURGLARY | Classification: | Case No./Citation No.: 03-874 |
|---|---|---|---|
| Victim's Name – Last, First, Middle | Address | Phone | |

| Suspect | Date: 2/7/03 | Time: 1352 | |
|---|---|---|---|
| Suspect | Storage | Date | Receipt Issued To (Signature) |
| Suspect | Property Officer | | Receipt Issued By (Signature) |

X Evidence List  
___ Found Property   ___ Safekeeping   ___ Receipt

| Item No. | Quantity | Description | Serial No. | Disposition |
|---|---|---|---|---|
| 1. 1817 | | MONEY & RECEIPTS (COPIES) (PHOTO) FOUND IN WILLIAMS BACK POCKET | | |
| 2. 1817 | | WEST AMERICA BANK CHECKS #1670-1750 BELONGING TO DAN'S AUTO & TRUCK PARTS | | |

Chain of Custody

| Item No. | Date | Time | Issued To | Destination | Returned | |
|---|---|---|---|---|---|---|

Recording Officer: STEELE  
Reviewed By: