**EXHIBIT-F**

SUPPLEMENTAL REPORT
OFFICER FROILAN MARISCAL, 03-874

NOTIFICATION

On 2-7-03, I was assigned to conduct follow up on this investigation.

TERYL ANTHONY WILLIAMS

On 2-7-03 at approximately 1000, I spoke to Williams while he was in custody at the PPD. I told Williams he was under arrest for burglary and I wanted to speak with him regarding the case. Williams said he did not want to speak to me and "wanted to exercise his Miranda rights". Williams also said he wanted to tell his side of his story to his lawyer.

GALARA NICHOLLE RHONE

On 2-7-03 at approximately 1030, I spoke to Rhone in the PPD investigations interview room, while she was in custody at the PPD. I read Rhone her rights per Miranda. Rhone said she understood her rights and agreed to speak with me.

Initially, Rhone stated she, Williams, and a female friend named Sheronda (unknown spelling), drove to Petaluma from Oakland. Rhone stated she, Williams, and Sheronda drove in Sheronda's blue Toyota and arrived in Petaluma on 2-7-03 at approximately midnight. Rhone stated they drove to Petaluma to "meet some people". Rhone stated they drove to a gas station in Petaluma where Rhone said she met a white male who was driving a van (suspect vehicle). The male asked Rhone if she wanted "to go for a ride". Rhone got into the van with the male and they drove to an unknown place in Petaluma. Rhone said "after I spent some time with him, I asked him if I could use his van". Rhone borrowed the van from the male, then drove back to the gas station and picked up Williams. Rhone said she was then pulled over by the police.

I told Rhone that was not possible because the police had not pulled her over at a gas station. I told Rhone she and Williams were behind a business on Lakeville Street. Rhone then said "wait a minute let me figure this one".

Rhone then changed her story and said she picked up Williams, and "pulled over" somewhere. Rhone said she did not know where she was when she pulled over. Rhone said she and Williams had sex in the van, and she went to sleep. Rhone said she woke up, and she was contacted by the police. Rhone goes on to say "what do you think I was doing, burglarizing something?" I told Rhone I did think she was burglarizing. I told Rhone I thought she went into the business. Rhone said "I didn't go into anything". I go on to ask Rhone if I saw the videotape of the business, would Williams be in the business by himself, or would Rhone be in there with him. Rhone said "I'm not going to be with him".

I go on to ask Rhone, "so where were you when he was in the business". Rhone said "I was asleep". I asked Rhone what Williams told her and she said Williams did not tell her anything. I asked Rhone what she saw when she woke up and she said "there was a big

box or something". Rhone goes on to say she "jumped in the drivers seat", because Williams asked her to. Rhone and Williams were then pulled over. Rhone continued to deny any further knowledge of the burglary. I stepped out of the interview for a few minutes.

I reviewed the registration on the suspect vehicle. The vehicle returned registered to someone in Oakland. Officer Baseman advised me he had spoken to an Oakland Police Officer who stated the address on the registration for the suspect vehicle, was approximately two (2) blocks away from the home address that Williams provided.

I returned to the interview room and told Rhone she had lied to me about the van. Rhone then said "this is the story he told me to say, he told me to say these things". Rhone then told me she and Williams drove to Petaluma in the suspect vehicle from Oakland. Rhone said Williams picked her up at her residence in Oakland. Rhone said she did not ask Williams where they were going but went along for the ride. Rhone said all the way to Petaluma, Williams was telling her he loved her and for her to "stop running the streets". Rhone said she and Williams had sex, and she went to sleep. When she woke up, Williams "put some big box in the car". Rhone said Williams then drove away in the suspect vehicle as she sat in the passenger seat. They were then pulled over, and Williams told her to "switch seats". Rhone said she did not know where she and Williams were parked or where Williams obtained the "big box" because she was asleep. I go on to end the interview with Rhone.

SEARCH WARRANT

On 2-7-03, I wrote a search warrant for the suspect vehicle that had been towed to the PPD.

On 2-7-03, Detective A. Urton and I searched the suspect vehicle. I took pictures before and after the search of the vehicle, and later logged the roll of film into PPD evidence as item #12-2032. I confiscated several items from the suspect vehicle. I logged the items on the attached evidence sheet as # 1-2032 through 9-2032.

DANIEL TORLIATT

On 2-11-03 at 1530, Torliatt responded to the PPD to take custody of his safe. Torliatt and I removed the safe from inside the suspect vehicle, and he took it away in the back of his pickup.

Case Closed