EXHIBIT - G

Galana Rachelle Rhone
Main Adult Detention Facility
2777 Ventura Ave.
Santa Rosa, Ca. 95403

Galana Rachelle Rhone
Main Adult Detention Facility
2777 Ventura Ave.
Santa Rosa, Ca. 95403

Perry Anthony Williams
Main Adult Detention Facility
2777 Ventura Ave.
Santa Rosa, Ca. 95403

Perry Anthony Williams
Main Adult Detention Facility
2777 Ventura Ave.
Santa Rosa, Ca. 95403

4:00 a.m

Poor Baby, you didn't have nothing to do with this shit ("my nerves are") my nerves are very bad. This man's poor and pitiful. I don't want up my state. I hope they chased anymore than I did. I chased every round the block of the cars. He was probably going to set up its kids life. That's what was pretty messy. That max

No O.K. Took here 12:45 p
I shall have stayed home. I don't like none of this shit. I don't like a lot of this bad. You know what happened. D left that lazy motherfucker of myself there now. D the word

2.

at the theater seems of seldom criminals. Seeing he got the whole peace on earth until time. I should have lies all over. I should have first him in that there probably now there and cut. Bastard. And I got all this shit that changes. Never talking about he was secret to fire at that to think I'm tripping thinking they can fire me until someone finds - a snitch a pedlar of money and just a bitch - ain't this beautiful - asshole

(I'm a little bit better)  # 1/5 63

Hey Ferny,
I'm trying to hang in there. My nerves are really bad. I didn't get the O.K.'s yet I know. I guess you know I tell you this is no big news. Honey I didn't know Diane was stolen property or that van Do I'm not. Diane I thought I was just in trouble for that typing to sleep in nobody's car that maybe or probably didn't even give it to me why would he, been out the $1400 the probably man that place you show hope the look in his eyes he was really scary. But I would hire know

all of this I would have ran from everything. I'm told them where to find him probably saw us get in trouble and laughed that Bastard. Honey I hope you didn't smoke anything was happening. I'm glad I didn't let you drive to you got my clothes back or I guess I'll try to bail. I'll lie in truth. Take care keep the faith. Oh, have you heard from Shemonda. She's a dirty bitch too. She just let us know I've been jealous cause. I'm suppose to be in jail. Ing laugh next week I hope she can make some sense

little write I think I picked up C pand on her. It looks like ever did to I didn't get any "Old E" thanks. Settin that's a joke you know I don't drink that much. I could one me a cold one night now and a chaser. No yes nothing I can do without. So everything always went right hope so.

He then just get real turn dinner I tried to take a nap But I couldn't sleep sometimes my nerves get so bad it just can't take this All because some white

Imma get rid of I heard this is such an as You-You would war I know he's having the good-days But I'm going to be Sught I wander What happed? Shronde harfailly blue Toyota he trick must have broke down she hasn't even been to see me they've changing my norm (It mean all EW find this is easy I'm going to meond this off sun